# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Luis Alberto GARZA Cisneros<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 6, 2022__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952 & 963 | Knowingly and unlawfully import, attempt to import, and conspire to import, from a place outside the United States, to wit: the United Mexican States, to a place in the United States, to wit: Laredo, Texas, a controlled substance listed under Schedule II, of the Controlled Substances Act, to wit: approximately 413.98 kilograms of methaphetamine. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

/s/ Edgar Flores
*Complainant's signature*

Submitted by reliable electronic means per Fed.R.Crim.P. 4.1, Edgar Flores sworn to and signature attested telephonically on May 9, 2022, at Laredo, Texas.

*Diana Song Quiroga*
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

I am a Special Agent of the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On May 06, 2022, GARZA-Cisneros, Luis Alberto entered the United States via the World Trade Bridge, Port of Entry in Laredo, Texas, driving an international tractor. A U.S. Customs and Border Protection Officer (CBPO) referred GARZA to secondary inspection.

2. During secondary inspection, CBPOs x-rayed the vehicle. The x-ray revealed anomalies inside the tractor's diesel tanks. CBPOs extracted approximately 120 gallons of liquid from the compartments discovered inside the diesel tanks. The substance tested positive for methamphetamine with total weight of approximately 413.98 kilograms.

3. HSI Special Agents (SAs) responded to the World Trade Bridge, Port of Entry to investigate. GARZA was advised of his Miranda Warnings by SAs, to which he freely waived and agreed to speak to HSI SAs without the presence of an attorney. GARZA stated he agreed to smuggle the narcotics to pay off his cousin's debt.